THE STATE EX REL. MCFADDEN ET AL., APPELLEES, *v.* INDUSTRIAL
COMMISSION OF OHIO ET AL., APPELLANTS.

[Cite as *State ex rel. McFadden v. Indus.
Comm.* (1998), 83 Ohio St.3d 375.]

(No. 97–1446—Submitted September 16, 1998—Decided October 14, 1998.)

*Weiner, Suit & Coury* and *Paul W. Newendorp,* for appellees.

*Betty D. Montgomery,* Attorney General, and *Dennis L. Hufstader,* Assistant Attorney General, for appellant Industrial Commission of Ohio.

*David R. Cook,* for appellant Stoneridge, Inc.

---

The judgment of the court of appeals is affirmed on the authority of *State ex rel. Russell v. Indus. Comm.* (1998), 82 Ohio St.3d 516, 696 N.E.2d 1069.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.